UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dr. Fiona Axelsson,<br><br>Plaintiff,<br><br>vs.<br><br>University of North Dakota School of Medicine and Health Sciences; Sanford; Sanford Health; and North Dakota Professional Health Program,<br><br>Defendants. | Case No.:  3:22-cv-00056-ARS<br><br><br>**DEFENDANT NORTH DAKOTA PROFESSIONAL HEALTH PROGRAM'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(B)(1), (6)** |

[1]     Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendant North Dakota Professional Health Program (NDPHP) respectfully brings this Motion to Dismiss Counts XXV (tortious interference with contract), XXVI (breach of contract), and XXVII (defamation) of plaintiff Dr. Fiona Axelsson's Amended Complaint, based on 1) lack of subject-matter jurisdiction; 2) NDPHP's statutory immunity from liability under North Dakota state law; and 3) Axelsson's failure to state a claim against NDPHP upon which relief can be granted.

[2]     Axelsson's Amended Complaint fails to properly confer this Court with subject-matter jurisdiction over all three claims against NDPHP because, contrary to her allegations, she cannot meet the $75,000 jurisdictional threshold for diversity jurisdiction, 28 U.S.C. § 1332(a)(2). To a legal certainty, Axelsson cannot meet this jurisdictional threshold because the damages she seeks are a legal impossibility under applicable North Dakota statutes. She also cannot meet this threshold because the damages alleged in her Amended Complaint are too remote, speculative, and conjectural and thus unrecoverable as a matter of law. Therefore, her claims must be dismissed for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1).

[3]     In the alternative, Axelsson's claims are ripe for dismissal under Fed. R. Civ. P. 12(b)(6)

because her Amended Complaint fails to state a claim against NDPHP upon which relief can be

granted. On the face of her Amended Complaint, Axelsson faces an insuperable bar to relief under

applicable North Dakota law. And all three claims against NDPHP fail in substance because

Axelsson's allegations, if proven true, still would not entitle her to any relief as a matter of law.

On these grounds, NDPHP respectfully moves to dismiss Axelsson's Amended Complaint and the

claims asserted against NDPHP for failure to state a claim upon which relief can be granted.

[4]     This Motion is supported by the arguments of counsel, all pleadings herein, the attached

supporting brief, and any reply briefing that may be filed,.

        Dated this 26th day of May, 2022.

                                    By:  /s/ Tracy Vigness Kolb
                                          Tracy Vigness Kolb, ND ID# 05338
                                          MEAGHER & GEER, PLLP
                                          1900 Burnt Boat Drive, Suite 101
                                          Bismarck, ND   58503
                                          Ph:  701.222.1315
                                          Direct Ph: 701.333.0638
                                          tkolb@meagher.com

                                          *Attorneys for Defendant North Dakota*
                                          *Professional Health Program*

**Certificate of Service**

I certify that on May 26, 2022, the foregoing document was filed electronically with the Clerk of Court through ECF and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Thomas D. Fiebiger – tom@fiebigerlaw.com
  *Attorneys for plaintiff*

Matthew A. Sagsveen – masagsve@nd.gov
Courtney R. Titus – ctitus@nd.gov
  *Attorneys for Defendant University of North Dakota*
      *School of Medicine & Health Sciences*

Brent D. Kellelkamp – brent.kettelkamp@ogletree.com
Cynthia A. Bremer – cynthia.bremer@ogletree.com
  *Attorneys for Defendants Sanford and Sanford Health*

Dated this 26th day of May, 2022.

BY:  */s/ Tracy Vigness Kolb*
      Tracy Vigness Kolb, ND ID# 05338
      MEAGHER & GEER, P.L.L.P.
      1900 Burnt Boat Drive, Suite 101
      Bismarck, ND 58503
      Telephone: (701) 222-1315
      tkolb@meagher.com

      *Attorneys for Defendant North Dakota*
      *Professional Health Program*