EXHIBIT 3

SANFORD HEALTH

November 16, 2021

Dr. Fiona Axelsson, MD

Re:   Staff Physician Agreement (the "Agreement")/Rescission

Dr. Fiona Axelsson:

Section 20 of the Staff Provider Agreement (the "Agreement") you signed on October 23, 2020 requires you to fulfill several conditions precedent before the terms of the Agreement apply and you can begin employment at Sanford Clinic North. Because of material delays of at least 12 months in your ability to complete your family residency program commensurate with the July 11, 2022 commencement date and services to be performed under the Agreement, you have not fulfilled the conditions precedent to your employment, and thus the terms of the Agreement are void. As I hope you can appreciate, the small facility size and unmet staffing demands of the Perham Clinic make it unreasonable for Sanford to hold open this position for such a length of time.

We wish you the best of luck in your future endeavors, and welcome you to reapply at Sanford upon completion of your medical residency.

Sincerely,

Dr. James Volk
Vice President, Clinic