UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dr. Fiona Axelsson,<br><br>                      Plaintiff,<br><br>vs.<br><br>University of North Dakota School of Medicine & Health Sciences; Sanford; Sanford Health; and North Dakota Professional Health Program,<br><br>                      Defendants. | **ASSENTED TO MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**<br><br>Case No. 3:22-cv-00056 |

[¶1]    Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court's inherent authority, and pursuant to other applicable law or rule, Plaintiff Dr. Fiona Axelsson ("Plaintiff"), and Defendants University of North Dakota School of Medicine & Health Sciences, Sanford, Sanford Health, and the North Dakota Professional Health Program, (collectively the "Parties") by and through their respective counsels of record, make the following assented to motion requesting the Court enter a protective order in this case to safeguard sensitive, confidential, and otherwise protected information during the discovery process.

[¶2]    Due to the nature of this case against the Defendants involving claims under state and federal law of discrimination in employment based on sex and disability discrimination, the documents requested in discovery include information that is designated as confidential under State or Federal law such as Plaintiff's medical records or certain information within the possession of the North Dakota Professional Health Program that is made confidential under N.D. Cent. Code Ch. 43-17.3. Further, Plaintiff was a medical resident at the University of North Dakota School of Medicine & Health Sciences and as such discovery may implicate requests for records that are subject to and protected under Federal law such as Title IX, Family Educational Rights and Privacy Act, or other statutes applicable to student educational records.

[¶3]    Based on the nature of the records and information that will be subject to discovery in this case, the parties have entered into a Stipulated Protective Order duly executed by all parties of

record, which is filed herewith. The Defendant respectfully requests the Court issue a Protective Order adopting the terms of the Stipulated Protective Order.

Dated this 2nd day of February, 2023.

        State of North Dakota
        Drew H. Wrigley
        Attorney General

By:    /s/ Courtney R. Titus
        Courtney R. Titus
        Deputy Solicitor General
        State Bar ID No. 08810
        Office of Attorney General
        500 North 9th Street
        Bismarck, ND 58501-4509
        Telephone (701) 328-3640
        Facsimile (701) 328-4300
        Email ctitus@nd.gov

Attorneys for Defendant University of North Dakota School of Medicine & Health Sciences.

Dated this 2nd day of February, 2023.

FIEBIGER LAW, LLC

By:    /s/ Rolf T. Fiebiger
        Thomas D. Fiebiger, ND #04190
        Rolf T. Fiebiger, MN #391138
        6800 France Avenue South, Suite 190
        Edina, MN 55435
        Telephone: 612.339.6474
        tom@fiebigerlaw.com
        rolf@fiebigerlaw.com

Attorneys for Plaintiff Dr. Fiona Axelsson.

Dated this 2nd day of February, 2023.

                        OGLETREE, DEAKINS, NASH,
                        SMOAK & STEWART, P.C.

                        By:    /s/ Brent Kettelkamp
                               Cynthia A. Bremer, ND #05552
                               Brent D. Kettelkamp, ND #09600
                               Capella Tower
                               225 South Sixth Street, Suite 1800
                               Minneapolis, MN 55402
                               Telephone: 612.339.1818
                               cynthia.bremer@ogletree.com
                               brent.kettelkamp@ogletree.com

                               Attorneys for Defendants Sanford and
                               Sanford Health.

Dated this 2nd day of February, 2023.

                        MEAGHER & GEER, PLLP

                        By:    /s/ Tracy Vigness Kolb
                               Tracy Vigness Kolb, ND ID# 05338
                               1900 Burnt Boat Drive, Suite 101
                               Bismarck, ND   58503
                               Ph: 701.222.1315
                               Direct Ph: 701.333.0638
                               tkolb@meagher.com

                               Attorneys for Defendant North Dakota
                               Professional Health Program