UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Dr. Fiona Axelsson,<br>　　　　　　　Plaintiff,<br>　　vs.<br>University of North Dakota School of Medicine and Health Sciences; Sanford;  Sanford Health; and North Dakota Professional Health Program,<br>　　　　　　　Defendants. | Case No.:  3:22-cv-00056<br><br>**Stipulation of Dismissal<br>with Prejudice as to North Dakota Professional Health Program** |

[1]　　Plaintiff and Defendant North Dakota Professional Health Program (NDPHP), by and through their attorneys, hereby stipulate that any and all claims against NDPHP that were raised or which could have been raised in the lawsuit, are hereby dismissed in their entirety with prejudice, with Plaintiff and NDPHP each bearing its own costs, expenses, and attorney fees incurred herein.

[2]　　It is further stipulated that the Court may enter an Order of Dismissal with Prejudice as to NDPHP only, dismissing this case in its entirety against NDPHP in accordance with this stipulation.

[3]　　This Stipulation of Dismissal is as to defendant NDPHP only and as to Plaintiff's claims against NDPHP only, and does not affect Plaintiff's claims against the other defendants whatsoever.

　　Dated this 11th day of April, 2023.　　　　FIEBIGER LAW, LLC

　　　　　　　　　　　　　　　　　　　　　BY: */s/ Rolf T. Fiebiger*
　　　　　　　　　　　　　　　　　　　　　Thomas D. Fiebiger, ND #04190
　　　　　　　　　　　　　　　　　　　　　Rolf T. Fiebiger, MN #391138
　　　　　　　　　　　　　　　　　　　　　6800 France Avenue South, Suite 190
　　　　　　　　　　　　　　　　　　　　　Edina, MN 55435
　　　　　　　　　　　　　　　　　　　　　Telephone: 612.339.6474
　　　　　　　　　　　　　　　　　　　　　tom@fiebigerlaw.com
　　　　　　　　　　　　　　　　　　　　　rolf@fiebigerlaw.com
　　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff Dr. Fiona Axelsson***

Dated this 11th day of April, 2023.          MEAGHER & GEER, PLLP

                                             BY: */s/ Tracy Vigness Kolb*
                                             Tracy Vigness Kolb, ND ID# 05338
                                             1900 Burnt Boat Drive, Suite 101
                                             Bismarck, ND  58503
                                             Ph:  701.222.1315
                                             Direct Ph: 701.333.0638
                                             tkolb@meagher.com
                                             ***Attorneys for Defendant North Dakota Professional Health Program***

### Certificate of Service

I certify that on April 11, 2023, the foregoing document was filed electronically with the Clerk of Court through ECF and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Thomas D. Fiebiger – tom@fiebigerlaw.com
Rolf T. Fiebiger – rolf@fiebigerlaw.com
   ***Attorneys for Plaintiff***

Matthew A. Sagsveen – masagsve@nd.gov
Courtney R. Titus – ctitus@nd.gov
   ***Attorneys for Defendant University of North Dakota
       School of Medicine & Health Sciences***

Brent D. Kellelkamp – brent.kettelkamp@ogletree.com
Cynthia A. Bremer – cynthia.bremer@ogletree.com
   ***Attorneys for Defendants Sanford and Sanford Health***


Dated this 11th day of April, 2023.

                                             BY: */s/ Tracy Vigness Kolb*
                                             Tracy Vigness Kolb, ND ID# 05338
                                             Tkolb@meagher.com