UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dr. Fiona Axelsson,<br><br>      Plaintiff,<br><br>v.<br><br>University of North Dakota School of Medicine and Health Sciences, et al.,<br><br>      Defendants. | Case No. 3:22-cv-56-PDW-ARS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Dr. Fiona Axelsson, through her counsel, and by Defendants University of North Dakota School of Medicine and Health Sciences, Sanford, and Sanford Health, through their counsel, ("Defendants") that the above-captioned action, including all claims that were raised, or could have been raised in this action, may and shall be dismissed in its entirety, with prejudice, and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party. The parties accordingly request a dismissal order consistent with this stipulation.

| | |
|---|---|
| Dated: <u>May 30, 2023</u><br><br>FIEBIGER LAW, LLC<br><br><br><u>/s/ Rolf T. Fiebiger</u><br>Thomas D. Fiebiger, ND #04190<br>Rolf T. Fiebiger, MN #391138<br>6800 France Avenue South, Suite 190<br>Edina, MN  55435<br>Telephone:  612.339.6474<br>tom@fiebigerlaw.com<br>rolf@fiebigerlaw.com<br><br>***Attorneys for Plaintiff***<br>***Dr. Fiona Axelsson*** | Dated: <u>May 30, 2023</u><br><br>State of North Dakota<br>Drew H. Wrigley<br>Attorney General<br><br><u>/s/ Courtney R. Titus</u><br>Courtney R. Titus<br>Assistant Attorney General<br>State Bar ID No. 08810<br>Office of Attorney General<br>500 North 9th Street<br>Bismarck, ND  58501-4509<br>Telephone:  701.328.3640<br>Email: ctitus@nd.gov<br><br>***Attorneys for Defendant University of North Dakota School of Medicine & Health Sciences*** |
| Dated: <u>May 30, 2023</u><br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br><u>/s/ Brent D. Kettelkamp</u><br>Cynthia A. Bremer, ND #05552<br>Brent D. Kettelkamp, ND #09600<br>Capella Tower<br>225 South Sixth Street, Suite 1800<br>Minneapolis, MN  55402<br>Telephone:  612-339-1818<br>cynthia.bremer@ogletree.com<br>brent.kettelkamp@ogletree.com<br><br>***Attorneys for Defendants***<br>***Sanford and Sanford Health*** | |